UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACE ROOFING COMPANY, a California Corporation, <br><br> Defendant. | No. C 04 3098 MJJ (BZ) <br><br> **ORDER RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

Following review of plaintiffs' Motion for Entry of Default Judgment, **IT IS HEREBY ORDERED** that plaintiffs' attorney be prepared at the hearing to either (a) establish that imposing a higher rate of liquidated damages in the event the matter is referred to an attorney is not a penalty as a matter of law, (See <u>Board of Trustees v. Udovch</u>, 771 F.Supp. 1044, 1048-1051 (N.D.Cal., 1991)) or (b) prove that the higher rate of liquidated damages is a reasonable computation of damages plaintiffs expected to sustain as a result of referring the matter to an attorney.

Dated: June 13, 2005

<u>/s/ Bernard Zimmerman</u>
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ACE ROOFING\MotForDefJudg2.ord.wpd

1