IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH AND WELFARE TRUST FUND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ACE ROOFING COMPANY, <br><br> Defendant. / | No. C-04-3098 MJJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court hereby **ADOPTS** the Report and Recommendation issued by Judge Bernard Zimmerman on June 16, 2005.

This Order terminates docket entry no. 14.

The Clerk of Court shall enter judgment in Plaintiff's favor, as described in the Report and Recommendation, and shall close the file.

**IT IS SO ORDERED.**

Dated: July_5__, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE