```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ACE ROOFING COMPANY, et. al., <br><br> Defendant. | NO. C 04 3098 MJJ(BZ) <br><br> <u>ORDER OF EXAMINATION</u> |

To:  Manuel Martinez, Judgment Debtor
     Ace Roofing Company
     1337 Allyn Ave
     Saint Helena, CA 94574

You the above named officer and custodian of records of corporate judgment debtor ARE HEREBY ORDERED to appear personally on <u>November 7, 2005</u> at <u>10:30</u> a.m. at <u>450 Golden Gate Avenue</u>, <u>San Francisco, CA , 15th Floor, Courtroom G</u>, before the Magistrate Judge Bernard Zimmerman then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1.  The corporation's bylaws, share register and minute book;

2. Title documents to all equipment and vehicles of debtor;

<u>ORDER OF EXAMINATION</u>                                             1

1  3. All lists and schedules of rented, leased and owned
2  equipment of debtor;
3  4. Copies of all real property and personal property leases
4  wherein debtor is a party;
5  5. Copies of all tax bills, deeds, contracts, deeds of
6  trust or deposit receipts relating to all real and personal property
7  in which any interest is held;
8  6. Annual Financial Statements for the 2004 and 2005 and
9  all monthly financial statements for the same period;
10  7. Federal tax returns for the last three years;
11  8. All bank statements, deposit slips and canceled checks
12  for all accounts for 2004 and 2005;
13  9. The last tax return filed with the Franchise Tax Board;
14  10. Copies of all purchase orders, change orders accepted
15  bids, and contracts which relate in any way to work performed by
16  debtor during the period from January 1, 2004 to date;
17  11. All accounts receivable lists generated by the Company
18  from 2004 and 2005 to date;
19  12. Cash Disbursement Journals for 2004 and 2005;
20  13. All documents related to any loans to debtor or by
21  debtor by any present or former shareholders, officers or employees
22  of debtor;
23  14. All documents related to any completed, pending or
24  failed sale of substantially all corporate assets during the last
25  three years.
26  15. All personal guarantees made by any officer, agent or
27  shareholder for the benefit of debtor.
28  NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE

1  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
2  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
3  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
4  JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: September 27, 2005

_____
Magistrate Judge Bernard Zimmerman



ORDER OF EXAMINATION                                                3