1 | ERSKINE & TULLEY
  | A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (St. Bar #50246)
  | 220 Montgomery Street, Suite 303
3 | San Francisco, CA  94104
  | Telephone:  (415) 392-5431
4 |
  | Attorneys for Plaintiffs
5 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., | ) ) ) | NO.   C 04 3098 MJJ(BZ) |
|---|---|---|
| Plaintiffs, | ) ) ) | ~~PROPOSED~~ ORDER TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION |
| vs. | ) ) | DATE: 2/06/06 TIME: 2:30 p.m. |
| ACE ROOFING COMPANY, a California corporation      Defendant. | ) ) ) ) | |

This matter came on for hearing on an Order of Examination on January 23, 2006 at 2:30 p.m. Manuel Martinez, representative for the debtor failed to appear even though he specially requested a resetting to this date by his letter dated January 4, 2006.

Mr. Martinez shall appear for the Judgment Debtor Examination on Monday, February 6, 2006 at 2:30 p.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Failure to appear on February 6, 2006 may result in a

PROPOSED ORDER TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION                                          1

recommendation for issuance of an Order to Show Cause in re Contempt.

Date: 25 Jan 06

By: /s/ Bernard Zimmerman
Magistrate Judge Bernard Zimmerman

*This Order shall be served on Mr Martinez*