y

```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>ACE ROOFING COMPANY, a California corporation <br>　　　　　Defendant. | NO.  C 04 3098 MJJ(BZ) <br><br>PROPOSED ORDER TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION <br>DATE: 2/06/06 <br>TIME: 2:30 p.m. |

This matter came on for hearing on an Order of Examination on February 6, 2006 at 2:30 p.m. Manuel Martinez, representative for the debtor appeared and produced numerous documents.

Mr. Martinez and counsel for plaintiff have agreed that he shall appear for a continued Judgment Debtor Examination on Tuesday, April 4, 2006 at 2:30 p.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Mr. Martinez need only bring with him 1) a current accounts receivable list, 2) a list of owners and addresses for all jobs bid

1 | over $1,000.00 within the last 90 days, and 3) copies of all purchase
2 | orders and/or contracts for work in progress or to be performed.
3 |       This order shall be served on Mr. Martinez.
4 | Date: 9 Feb 06
5 | By: *[signature]* Magistrate Judge Bernard Zimmerman

PROPOSED ORDER TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION     2