1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BOARD OF TRUSTEES OF THE BAY AREA   )   NO. C 04 3098 MJJ(BZ)
   ROOFERS, et al.,                   )
13                                    )
                       Plaintiffs,    )
14                                    )   ORDER OF EXAMINATION
             vs.                      )
15                                    )
   ACE ROOFING COMPANY, et. al.,      )
16                                    )
                       Defendant.     )
17 _____)

18 To:  Manuel Martinez
        Ace Roofing Company, Judgment Debtor
19      1337 Allyn Ave
        Saint Helena, CA 94574
20
         You the above named officer and custodian of records of
21
   corporate judgment debtor ARE HEREBY ORDERED to appear personally on
22
   September 12, 2006 at 10:00 a.m. at 450 Golden Gate Avenue, San
23
   Francisco, CA , 15th Floor, Courtroom G, before the Magistrate Judge
24
   Bernard Zimmerman then and there to be examined on oath concerning
25
   your property or other matters material to the proceedings.
26
         You are ordered to bring with you the following documents:
27
         1.   The corporation's bylaws, share register and minute
28
   book;

   ORDER OF EXAMINATION                                              1

1 | 2. Title documents to all equipment and vehicles of debtor;

2 | 3. All lists and schedules of rented, leased and owned
3 | equipment of debtor;

4 | 4. Copies of all real property and personal property leases
5 | wherein debtor is a party;

6 | 5. Copies of all tax bills, deeds, contracts, deeds of
7 | trust or deposit receipts relating to all real and personal property
8 | in which any interest is held;

9 | 6. Annual Financial Statements for 2005 and all monthly
10 | financial statements for the same period;

11 | 7. Federal tax returns for the last year reported;

12 | 8. All bank statements, deposit slips and canceled checks
13 | for all accounts for 2006;

14 | 9. The last tax return filed with the Franchise Tax Board;

15 | 10. Copies of all purchase orders, change orders accepted
16 | bids, and contracts which relate in any way to work performed by
17 | debtor during the period from January 1, 2006 to date;

18 | 11. All accounts receivable lists generated by the Company
19 | in 2006;

20 | 12. Cash Disbursement Journals for 2006;

21 | 13. All documents related to any loans to debtor or by
22 | debtor by any present or former shareholders, officers or employees
23 | of debtor;

24 | 14. All documents related to any completed, pending or
25 | failed sale of substantially all corporate assets during the last
26 | three years.

27 | 15. All personal guarantees made by any officer, agent or
28 | shareholder for the benefit of debtor.

1  NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5  JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated 25 July 06

Magistrate Judge Bernard Zimmerman

ORDER OF EXAMINATION                                                    3