1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
    BOARD OF TRUSTEES OF THE BAY AREA  )   NO. C 04 3098 MJJ(BZ)
11  ROOFERS et al.                     )
                                       )
12                      Plaintiff,     )
                                       )   ORDER CONTINUING HEARING
13                                     )   ON ORDER OF EXAMINATION
    vs,                                )
14                                     )
    ACE ROOFING COMPANY, etc           )
15                                     )
                                       )
16                      Defendant.     )
    _____)
17

18         The parties having agreed on September 12, 2006 to continue

19  the hearing on the Order of Examination.

20         IT IS ORDERED that the debtor representative Manual Martinez

21  appear for the continued Order of Examination on October 17, 2006 at

22  10 a.m., 450 Golden Gate Avenue, San Francisco, 15th Floor, Courtroom

23  G.

24  Dated: September 13, 2006       _____
                                    Magistrate Judge Bernard Zimmerman
25

26                              IT IS SO ORDERED
                                [signature: Bernard Zimmerman]
27                              Judge Bernard Zimmerman

28

    ORDER CONTINUING HEARING OF ORDER OF EXAMINATION                    1