LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431   FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J.BENTON TULLEY (1908-1974)

September 20, 2006

Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102-3483

Re:   Board of Trustees of the Bay Area Roofers, et al.
      vs. Ace Roofing Company, et al.
      United States District Court, Action No. C 04 3098 MJJ (BZ)

Dear Judge Zimmerman,

A settlement offer by the debtor has been accepted and that we request that the Order of Examination set for November 17, 2006 go off calendar.

Yours very truly,

Michael J. Carroll

MJC/se

cc:   Manuel Martinez

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA